UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY,<br>7715 Lear Road<br>McLean, Virginia 22102<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>   AGRICULTURE,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-2208 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C. 20530
(202) 514-7220

Annette Dennis
Paralegal Assistant

Dated: January 31, 2007

<u>C</u><u>ERTIFICATE</u> <u>O</u><u>F</u> <u>S</u><u>ERVICE</u>

I certify that the foregoing Praecipe was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> DAVID A. BRANCH
> Law Office of David A. Branch
> 1825 Connecticut Avenue, N.W.
> Suite 690
> Washington, D.C.   20009

on this   31st   day of January, 2007.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530