UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY,<br>7715 Lear Road<br>McLean, Virginia 22102<br><br>          Plaintiff,<br><br>   v.<br><br>MIKE JOHANNS, Secretary,<br>United States Department of Agriculture,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250<br><br>          Defendant. | Civil Action No. 06-2208 (RJL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. Defendant requests that the deadline for responding be extended thirty days, from March 12 to April 12, 2007.[1] This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. Plaintiff, through counsel, has graciously consented to this motion.

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel about the circumstances of this case. Counsel for Defendant has been in contact with agency counsel, but has been unable to obtain, and does not anticipate being able to obtain, all of the necessary information in order to formulate Defendant's

---

[1] Defendant notes that the Court's electronic filing system does not indicate that service has been perfected. Nonetheless, out of an abundance of caution, Defendant files the instant motion for extension of time to respond to the complaint.

response prior to the current deadline. Following further consultation with agency counsel, counsel for Defendant anticipates that she can better address the relevant issues in this case.

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to April 12, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

### DAVID A. BRANCH
**Law Office of David A. Branch**
**1825 Connecticut Avenue, N.W.**
**Suite 690**
**Washington, D.C.   20009**

on this  7th  day of March, 2007.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY,<br>7715 Lear Road<br>McLean, Virginia 22102<br><br>     Plaintiff,<br><br> v.<br><br>MIKE JOHANNS, Secretary,<br>United States Department of Agriculture,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-2208 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to File Opposition, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until April 12, 2007, to respond to the complaint.

_____
RICHARD J. LEON
United States District Court Judge

cc: By ECF