## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| DR. KRISHNA MURTHY ) <br> 7715 Lear Road ) <br> McLean, VA  22102 ) <br> ) <br>        Plaintiff,  ) <br> ) <br>  v.  ) <br> ) <br> MIKE JOHANNS, SECRETARY ) <br> U.S. DEPARTMENT OF ) <br> AGRICULTURE ) <br> 1400 Independence Avenue, SW ) <br> Washington, D.C. 20250 ) <br> ) <br>        Defendant.  ) <br> _____) | Case No. 06cv2208 <br> (RJL) <br><br><br> Jury Trial Demand |

### Notice of Affidavit of Service of Process

Comes now Plaintiff Krishna Murthy, by and through counsel, and files this Notice of Affidavit of Service of Process, and in support thereof states as follow.

1.  Attorney David A. Branch, counsel for plaintiff hereby certifies, hereby make the following declaration pursuant to the provisions of 28 U.S.C. Sec. 1746.  I understand that this declaration is the equivalent of an affidavit.  The statements contained herein are based on my personal knowledge.

2.  I am the attorney of record for the plaintiff in this matter.

3.  I caused the summons, complaint and initial order from the court to be served on the Defendant Johanns, the U.S. Attorney for the District of Columbia, and Attorney General Gonzales on or about January 3, 2007.  A copy of the postal receipt is attached to this notice.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 5th day of April 2007 that a copy of the foregoing Notice of Affidavit of Service of Process was sent via electronic mail to counsel for the Defendant at the address listed below:

Megan Lindholm Rose
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001

/s/
_____

David A. Branch

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/8/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail
   ☐ Registered
   ☐ Insured Mail
   ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**