**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DR. KRISHNA MURTHY,<br>7715 Lear Road<br>McLean, Virginia 22102 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-2208 (RJL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture, | ) | |
| 1400 Independence Avenue, SW | ) | |
| Washington, D.C.  20250 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and

through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R.

Civ. P., to enlarge the time to answer or otherwise respond to the Complaint.  Defendant requests

that the deadline for responding be extended approximately thirty days, from April 12 to May 14,

2007.  This is Defendant's second request for an enlargement of time in this case, and no

scheduling order has been entered.  Plaintiff, through counsel, has graciously consented to this

motion.

This enlargement of time is sought because additional time is needed for counsel for

Defendant to confer with agency counsel about the circumstances of this case.  Although counsel

for Defendant has reviewed the complaint and the facts surrounding Plaintiff's claims, counsel

has been unable to obtain all of the necessary information in order to formulate Defendant's

response prior to the current deadline.  Additionally, due to counsel for Defendant's heavy

caseload, counsel has numerous deadlines in other cases, both in the Court of Appeals and in the

District Court, including a brief due in <u>Multi Ag Media v. Dept. of Agriculture</u>, 06-5231, and

oral argument in the Court of Appeals in <u>Menkes v. Dept. of Homeland Security</u>, 05-5382.

Consequently, Defendant requests the additional time in order to further confer and better address

the relevant issues in this case.

     This extension is sought in good faith and will not unfairly prejudice any party.  Allowing

Defendant some additional time to formulate their response will aid both the parties and the

Court in the development and resolution of this case.

     WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

answering or otherwise responding to Plaintiff's Complaint be extended to May 14, 2007.


Respectfully submitted,


JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

# CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's

electronic filing system, addressed to:

### DAVID A. BRANCH
**Law Office of David A. Branch**
**1825 Connecticut Avenue, N.W.**
**Suite 690**
**Washington, D.C.   20009**

on this  10th  day of April, 2007.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DR. KRISHNA MURTHY, | ) | |
| 7715 Lear Road | ) | |
| McLean, Virginia 22102 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-2208 (RJL) |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| United States Department of Agriculture, | ) | |
| 1400 Independence Avenue, SW | ) | |
| Washington, D.C.  20250 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time to

respond to the complaint, and the record herein, and it appearing that good cause exists for the

requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until May 14, 2007, to respond to the complaint.

_____
RICHARD J. LEON
United States District Court Judge

cc:    By ECF