# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. KRISHNA MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06–2208 (RJL) |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney Megan L. Rose.

Respectfully submitted,

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)


__/s/_____
MEGAN L. ROSE, N.C. BAR # 28639
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Room E4220
Washington, D.C. 20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Notice of Substitution of Counsel was served upon plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>David A. Branch
>Law Offices of David A. Branch, P.C.
>1825 Connecticut Avenue, N.W.,
>Suite 690
>Washington, D.C.  20009

on this 9th day of May, 2007.

__/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)