**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. KRISHNA MURTHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>United States Department of Agriculture, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2208 (RJL) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. Defendant requests that the deadline for responding be extended by thirty days, from May 14, 2007 to June 13, 2007. This is Defendant's third request for an enlargement of time in this case, and no scheduling order has been entered. On May 9, 2007, Counsel for Defendant unsuccessfully attempted to make contact with Plaintiff's counsel to ascertain whether he consented to this Motion. This enlargement of time is sought for three reasons. First, the undersigned Counsel for Defendant, Jonathan C. Brumer, began his detail at the United States Attorney's Office this past Monday, May 7, 2007, and this case was reassigned to him on or about that date. Mr. Brumer will need some time to familiarize himself with the Complaint and the facts surrounding Plaintiff's claims, confer with agency counsel about the circumstances of this case, and to prepare an appropriate response to the Complaint. Second, Counsel for Defendant has several imminent deadlines in his other cases, including an Opposition to a Motion for a Preliminary Injunction and an Opposition to a Motion for a Temporary Restraining Order in Kotz v. Loppin, et. al., No.

1:07CV00856 (D.D.C. filed May 8, 2007), both of which are due by May 15, 2007. Third, Counsel for Defendant is currently waiting for agency counsel to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint. Moreover, he has been advised that the agency counsel will need some time to determine whether they have additional documents and information which are relevant to this action. Consequently, Defendant requests the additional time in order to further confer and better address the relevant issues in this case.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to June 13, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

> David A. Branch
> Law Offices of David A. Branch, P.C.
> 1825 Connecticut Avenue, N.W.,
> Suite 690
> Washington, D.C.  20009

on this 9th day of May, 2007.

           __/s/_____
           JONATHAN C. BRUMER, D. C. BAR # 463328
           Special Assistant United States Attorney
           555 Fourth Street, N.W., Room E4815
           Washington, D.C. 20530
           (202) 514-7431
           (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>)<br>      Defendant. )<br>_____) | Civil Action No. 06-2208 (RJL) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until June 13, 2007, to respond to the Complaint.

_____
RICHARD J. LEON
United States District Court Judge

cc:    By ECF