UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>United States Department of Agriculture, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No.  06-2208 (RJL) |

**MOTION FOR ENLARGEMENT OF TIME**

  Defendant Mike Johanns, Secretary, United States Department of Agriculture ("USDA"), by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint.  Defendant requests that the deadline for responding be extended by thirty days, from June 13, 2007 to July 13, 2007.  This is Defendant's fourth request for an enlargement of time in this case.  However, this is only the second request for an enlargement which Defendant has filed since this case was reassigned to the undersigned counsel, Jonathan Brumer.  No scheduling order has been entered.  Pursuant to Local Rule 7(m), on June 12, 2007, Counsel for Defendant unsuccessfully attempted to make contact with Plaintiff's counsel, by phone and e-mail, to ascertain whether he consented to this Motion.

  In support of their motion, Defendant avers the following:

  1. The undersigned counsel for the Defendant and the agency counsel assigned to this case recently determined that additional declarations, beyond those originally anticipated, may need to be filed in support of the dispositive motion which Defendant intends to file in response

to Plaintiff's Complaint.  The Defendant will need some time to draft those declarations, and to determine which persons at the agency will need to sign these declarations.

2. On June 11, 2007, agency counsel also advised the undersigned counsel that he is awaiting the delivery of additional documents that are relevant to Defendant's anticipated response to Plaintiff's Complaint.  Neither the undersigned counsel nor agency counsel have yet had a chance to review these additional documents.

3. Agency counsel also have numerous imminent deadlines in their other cases, all within the next few weeks.  Among other things, agency counsel will need to: (1) take and defend depositions in an administrative complaint involving allegations of employment discrimination; (2) assist the Department of Justice with a motion for summary judgment in another employment discrimination case; (3) compile discovery for a certified administrative complaint of employment discrimination with nation-wide scope; (4) brief issues for review of a finding of non-discrimination in a program complaint of discrimination with exposure of over $5 Million dollars; and (5) participate in the mediation of several administrative complaints alleging employment discrimination.

4. Several of Plaintiff's claims challenge and otherwise relate to the employment discrimination class action settlement in <u>Arun Basu, et al. v. USDA</u>, EEOC No. 100-A1-7863X, Agency No. 000190 ("<u>Basu</u> class action).  This extension is sought in substantial part so that agency counsel and the undersigned counsel may have the additional time they need to prepare an adequate response to the various portions of Plaintiff's complaint, including but not limited to his attacks on the integrity of the <u>Basu</u> class action settlement.

5. Since this Court granted Defendant's last Motion for Enlargement, the undersigned

counsel's review of the available materials, along with his discussions with agency counsel, have made him realize that this case has a more complex procedural history, and involves a more thorny set of legal issues, than he had previously appreciated.

6.  Furthermore, within the next three weeks, the undersigned Counsel for Defendant has numerous court deadlines scheduled in his other cases, including Answers and/or dispositive motions in Grossman v. Gutierrez, Civil Action No. 07-353 (D.D.C.), Bonaparte v. United States Department of Justice, 07-749 (D.D.C.), Delgado v. Gonzalez, Civil Action No. 07-256 (D.D.C.), and Dews-Miller v. Rice, Civil Action No. 06-1764 (D.D.C.); and Responses to Orders to Show Cause in Mitchell v. Federal Bureau of Prisons, Civil Action No. 05-05420 (D.C. Cir.) and Watts v. Gonzalez, Civil Action No. 06-777 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to July 13, 2007.

                                                Respectfully submitted,

                                                __/s/_____
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                __/s/_____
                                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                Assistant United States Attorney

        __/s/_____
        JONATHAN C. BRUMER, D.C. BAR # 463328
        Special Assistant United States Attorney
        555 Fourth Street, N.W., Room E4815
        Washington, D.C. 20530
        (202) 514-7431
        (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Enlargement of Time was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

> David A. Branch
> Law Offices of David A. Branch, P.C.
> 1825 Connecticut Avenue, N.W.,
> Suite 690
> Washington, D.C. 20009

on this 12th day of June, 2007.

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>)<br>Defendant. )<br>_____) | Civil Action No.  06-2208 (RJL) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until July 13, 2007, to respond to the Complaint.


_____
RICHARD J. LEON
United States District Court Judge


cc:     By ECF