UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| DR. KRISHNA MURTHY )<br>7715 Lear Road )<br>McLean, VA  22102 )<br>        ) <br>            Plaintiff,     )<br>        )<br>    v.    )<br>        )<br>MIKE JOHANNS, SECRETARY )<br>U.S. DEPARTMENT OF )<br>AGRICULTURE )<br>1400 Independence Avenue, SW )<br>Washington, D.C. 20250 )<br>        )<br>            Defendant.     )<br>_____) | Case No. 06cv2208<br>(RJL)<br><br>Jury Trial Demand |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

   Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

   Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on July 27, 2007.  Plaintiff requests an extension until August 10, 2007 to file the opposition because Plaintiff's counsel has been overwhelmed with other matters and needs additional time to complete the opposition.  Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.   Since the motion was filed, Plaintiff's counsel has been required to file briefs and respond to motions before the EEOC, the D.C. Court of Appeals, and in

the U.S. District Court, as well as attend multiple days of depositions, and court hearings. Counsel has just learned that he must travel to Arkansas over the next few days to attend to an 85 year old relative who is hospitalized with life threatening congestive heart failure, and counsel has depositions and court hearings scheduled each day for the week of July 30, 2007.

     Wherefore Plaintiff requests an extension through August 10, 2007 to file the opposition to the motion for summary judgment. Plaintiff sought the consent of Defendant's counsel but Defendant had not responded at the time this motion was filed.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

     I hereby certify this 27th day of July 2007 that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                           /s/
                                                                                  _____

                                                                David A. Branch