# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| DR. KRISHNA MURTHY ) | |
| 7715 Lear Road ) | |
| McLean, VA 22102 ) | |
| ) | Case No. 06cv2208 |
| Plaintiff, ) | (RJL) |
| ) | |
| v. ) | |
| ) | |
| MIKE JOHANNS, SECRETARY ) | |
| U.S. DEPARTMENT OF ) | Jury Trial Demand |
| AGRICULTURE ) | |
| 1400 Independence Avenue, SW ) | |
| Washington, D.C. 20250 ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on August 10, 2007. Plaintiff requests an extension until August 17, 2007 to file the opposition because Plaintiff and his counsel are still working on the opposition and Plaintiff's counsel has been busy with other matters and needs additional time to complete the opposition. Over the past week, Plaintiff's counsel has had to appear for hearings in the D.C. Superior Court and Prince George's County Circuit Court,

and respond to two dispositive motions and file a brief in the D.C. Court of Appeals. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through August 17, 2007 to file the opposition to the motion for summary judgment. Plaintiff sought the consent of Defendant's counsel Defendant consented to the motion but requests that any reply brief be due on September 17, 2007.

                                                Respectfully submitted,

                                                    /s/
                                            David A. Branch #438764
                                            Law Offices of David A. Branch, PC
                                            1825 Connecticut Avenue, N.W.
                                            Suite 690
                                            Washington, D.C.  20009
                                            (202) 785-2805 phone
                                            (202) 785-0289 fax

**Certificate of Service**

I hereby certify this 10th day of August 2007 that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                        /s/
                                              _____

                                            David A. Branch