# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **DR. KRISHNA MURTHY** ) | |
| 7715 Lear Road ) | |
| McLean, VA 22102 ) | |
| ) | Case No. 06cv2208 |
| Plaintiff, ) | (RJL) |
| ) | |
| v. ) | |
| ) | |
| **MIKE JOHANNS, SECRETARY** ) | |
| **U.S. DEPARTMENT OF** ) | Jury Trial Demand |
| **AGRICULTURE** ) | |
| 1400 Independence Avenue, SW ) | |
| Washington, D.C. 20250 ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on August 17, 2007. Plaintiff requests an extension until August 27, 2007 to file the opposition because Plaintiff and his counsel are still working on the opposition. Plaintiff served Defendant with the Complaint in January 2007. Defendant requested multiple extensions from March 2007 through July 2007 (four months) to prepare the motion. It is voluminous, with 45 pages and numerous footnotes, and

hundreds of pages of exhibits, and raises many arguments which must be addressed individually. Plaintiff's counsel has to respond to three dispositive motions over the next week and has three days of depositions during this period. Plaintiff will need an extension until August 27, 2007 to finalize and file the opposition. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

    Wherefore Plaintiff requests an extension through August 27, 2007 to file the opposition to the motion for summary judgment. Plaintiff sought the consent of Defendant's counsel to this motion. Defendant consented to the motion but requests that any reply brief be due on September 28, 2007, and Plaintiff consents to this request.

    Respectfully submitted,

    /s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

    I hereby certify this 17th day of August 2007 that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001    /s/
    _____

    David A. Branch

2