# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| DR. KRISHNA MURTHY )<br>7715 Lear Road )<br>McLean, VA  22102 )<br>                                         )<br>            Plaintiff,       )<br>                                         )<br>     v.                                )<br>                                         )<br>MIKE JOHANNS, SECRETARY )<br>U.S. DEPARTMENT OF        )<br>AGRICULTURE                   )<br>1400 Independence Avenue, SW )<br>Washington, D.C. 20250      )<br>                                         )<br>            Defendant.     )<br>_____) | Case No. 06cv2208<br>(RJL)<br><br><br><br>Jury Trial Demand |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

   Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or  Motion for Summary Judgment, and in support thereof states as follows.

   Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on August 17, 2007.  Plaintiff previously requested an extension until August 27, 2007 to file the opposition because Plaintiff and his counsel are still working on the opposition.  Plaintiff served Defendant with the Complaint in January 2007.  Defendant requested multiple extensions from March 2007 through July 2007 (four months) to prepare the motion.  It is voluminous, with 45 pages and numerous footnotes, and hundreds of pages of exhibits, and raises many arguments which must be addressed

individually. Plaintiff is on work related travel the week of August 27, 2007 and Plaintiff's counsel will be on travel the week of September 3, 2007, and it is necessary for Plaintiff and his counsel to go through all of Defendant's argument and exhibits, in crafting a response to the motion. Plaintiff will need an extension until September 17, 2007 to finalize and file the opposition. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through September 17, 2007 to file the opposition to the motion for summary judgment. Plaintiff sought the consent of Defendant's counsel to this motion but Defendant counsel had not responded to the motion before it was filed.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 27th day of August 2007 that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                    /s/
                                        _____

                                        David A. Branch

2