# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAMESH SHARMA,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 1:03-cv-001768 (TH) |
| ) | |
| **WMATA, et al** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## Plaintiff's Motion for Extension of Time to File Opposition to Motion for Summary Judgment

Comes Now the Plaintiff, by and through counsel, and submits the following motion for extension of time to file opposition to motion for summary judgment, and in support thereof states as follows.

Defendants have filed a motion for summary judgment, and the due date for Plaintiff's opposition was previously extended until September 17, 2007. Plaintiff requests an extension through September 25, 2007 to file the opposition. Plaintiff and his counsel are still working on the response to the motion but are near completion. Unfortunately, counsel had to stop work on the opposition and prepare for filing an emergency temporary restraining order and preliminary injunction on September 14, 2007, and work on a brief in a dispostive matter before Judge Leon which is due September 17, 2007, and counsel has oral arguments before the U.S. Court of Appeals on September 18, 2007 and must prepare for arbitration the week of September 17, 2007. Counsel will need until Tuesday, September 25, 2007, to file the opposition.

Plaintiff contacted counsel for WMATA and the WMATA Retirement Board and individual defendants to determine their position on this motion and counsel had not responded at the time this motion was filed.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Ave., NW
Suite 690
Washington, D.C. 20009
(202) 785-2805 (phone)
(202) 785-0289 (facsimile)
dablaw@erols.com

**CERTIFICATE OF SERVICE**

I hereby certify this 17th day of September 2007 that a copy of this Motion for Extension of Time to File Opposition to Motion for Summary Judgment was sent by electronic mail via the Court's electronic filing system to counsel for the Defendants listed below:

John C. Hayes

Bruce P. Heppen

David Schaffer

Leslie Paul Machado

_____/s/_____

2

David A. Branch

3