**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| DR. KRISHNA MURTHY ) <br> 7715 Lear Road ) <br> McLean, VA  22102 ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.      ) <br> ) <br> MIKE JOHANNS, SECRETARY ) <br> U.S. DEPARTMENT OF ) <br> AGRICULTURE ) <br> 1400 Independence Avenue, SW ) <br> Washington, D.C. 20250 ) <br> ) <br> Defendant.   ) <br> _____) | Case No. 06cv2208 <br> (RJL) <br><br><br><br> Jury Trial Demand |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

   Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or  Motion for Summary Judgment, and in support thereof states as follows.

      Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on August 17, 2007.  Plaintiff previously requested an extension until September 17, 2007 to file the opposition because Plaintiff and his counsel are still working on the opposition.  Plaintiff served Defendant with the Complaint in January 2007.  Defendant requested multiple extensions from March 2007 through July 2007 (four months) to prepare the motion.  Defendants have filed a motion for summary

judgment, and the due date for Plaintiff's opposition was previously extended until September 17, 2007. Plaintiff requests an extension through September 19, 2007 to file the opposition. Plaintiff and his counsel are still working on the response to the motion but are near completion. Unfortunately, counsel had to stop work on the opposition and prepare for filing an emergency temporary restraining order and preliminary injunction on September 14, 2007, and work on a brief in a dispostive matter before Judge Hogan which is due September 17, 2007, and counsel has oral arguments before the U.S. Court of Appeals on September 18, 2007 and must prepare for arbitration the week of September 17, 2007. Counsel will need until an extension until September 19, 2007 to finalize and file the opposition. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through September 19, 2007 to file the opposition to the motion for summary judgment. Plaintiff sought the consent of Defendant's counsel to this motion, and Defendant counsel consents to the request.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 17th day of September 2007 that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

2

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                    /s/
                                      _____

                                      David A. Branch

3