UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2208 (RJL) |
| ) | |
| CHUCK CONNER[1], ) | |
| Acting Secretary, ) | |
| United States Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Chuck Conner, Acting Secretary, United States Department of Agriculture, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's First Amended Complaint.

On September 19, 2007, Plaintiff filed an Amended Complaint in this action. As a result of this filing, the Motion to Dismiss, or in the Alternative, for Summary Judgment which Defendant filed on July 13, 2007, and the Opposition thereto which Plaintiff filed on September 19, 2007 have been superceded. Plaintiff's Amended Complaint is now the operative pleading in this action, and Defendant's Answer or other response to Plaintiff's First Amended Complaint is currently due by October 9, 2007. See Fed. R. Civ. Pro. 6(a), (e), 15(a)(3).

Defendant respectfully requests that the deadline for responding to Plaintiff's First Amended Complaint be extended by thirty days, from October 9, 2007 to November 8, 2007. This is Defendant's first request for an enlargement of time on his deadline for responding to

---

[1] By operation of Fed. R. Civ. P. 25(d), Chuck Conner, the Acting Secretary of Agriculture, is substituted for Mike Johanns, the former Secretary of Agriculture, who resigned from his position as the Secretary of Agriculture on September 20, 2007.

Plaintiff's Amended Complaint in this case, and no scheduling order has been entered in this action. Pursuant to Local Rule 7(m), on October 1, 2007, the undersigned counsel for the Defendant attempted to contact Plaintiff's counsel, by e-mail and phone, to discuss the above motion. The undersigned counsel was however unsuccessful in his efforts to reach Plaintiff's counsel. In support of this motion, Defendant avers the following:

1. On July 13, 2007, Defendant filed a Motion to Dismiss, or in the Alternative, for Summary Judgment. See Docket Entry No. 12.

2. Between July 13, 2007 and September 18, 2007, Plaintiff requested multiple extensions of time on his deadline for filing an Opposition to Defendant's dispositive motion. See Docket Entry Nos. 13, 14, 15, 16, 18. Defendant consented to most of these motions for enlargement, and opposed none of them.

3. On September 19, 2007, Plaintiff filed an Opposition to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment. See Docket Entry No. 19. Plaintiff subsequently filed an amended Complaint, his first in this action. See Docket Entry No. 20.

3. Defendant's Answer or other response to Plaintiff's First Amended Complaint is currently due by October 9, 2007. See Fed. R. Civ. Pro. 6(a), (e), 15(a)(3).

4. The undersigned counsel for the Defendant will need some time to: (1) review Plaintiff's Amended Complaint; (2) to note the differences between that pleading and Plaintiff's Original Complaint and reflect upon their legal significance; (3) to consider the extent to which the changes in Plaintiff's Amended Complaint, the passage of time, and recently published opinions necessitate substantive changes in the arguments which Defendant may wish to make in the Answer or dispositive motion which he will file in response to Plaintiff's Amended

Complaint.

5. The undersigned counsel will need to confer with agency counsel about these and other matters, before it will be possible for him to prepare an appropriate response to the Amended Complaint. Counsel for the Defendant anticipates that he may want to file a dispositive motion in response to the Amended Complaint, which will require additional time for preparation.

6. Within the next thirty days, counsel for Defendant will need to defend two depositions in connection with Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.). Within that time period, he will also need to prepare and serve a set of initial disclosures and a discovery response, in connection with Delgado v. Gonzales, Civil Action No. 07-0256 (D.D.C.).

7. Furthermore, within the next thirty days, the undersigned Counsel for Defendant has numerous court deadlines scheduled in his other cases, including Answers and/or dispositive motions in: (1) Keller v. Springer, Civil Action No. 07-1388 (D.D.C.); (2) Lieberman v. HHS, Civil Action No. 07-1602 (D.D.C.); (3) Isasi v. United States, Civil Action No. 06-2222 (D.D.C.); (4) Andre Cooper v. EOUSA, et al., Civil Action No. 07-0744 (D.D.C.); and (5) Murthy v. Johanns, Civil Action No. 06-2208 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Amended Complaint be extended to November 8, 2007.

        Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 1st day of October, 2007, the foregoing *Motion for Enlargement of Time* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>David A. Branch
>Law Offices of David A. Branch, P.C.
>1825 Connecticut Avenue, N.W.,
>Suite 690
>Washington, D.C. 20009

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY,          )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )<br> CHUCK CONNER,                )<br> Acting Secretary,            )<br> United States Department of Agriculture,  )<br>                              )<br>         Defendant.           )<br> _____) | Civil Action No. 06-2208 (RJL) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the Amended Complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until November 8, 2007, to respond to Plaintiff's First Amended Complaint.

_____
RICHARD J. LEON
United States District Court Judge

cc:    By ECF