UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2208 (RJL) |
| ) | |
| CHUCK CONNER[1], ) | |
| Acting Secretary, ) | |
| United States Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE REGARDING MOTION FOR ENLARGEMENT OF TIME**

On October 1, 2007, Defendant filed a Motion for Enlargement of Time, in which he respectfully requested that this Court extend his deadline for responding to Plaintiff's First Amended Complaint by thirty days, from October 9, 2007 to November 8, 2007. See Docket Entry No. 21. Despite his best efforts, the undersigned counsel was not able to reach Plaintiff's counsel to discuss the October 1, 2007 motion before he filed it.

However, on the afternoon of October 2, 2007, Plaintiff's counsel sent an e-mail to the undersigned counsel in which he explained that he had been out of the office for work-related reasons that morning and the previous day, and advised the counsel for the Defendant that "I have no issue with your request, so you can let the court know that I consent."

---

[1] By operation of Fed. R. Civ. P. 25(d), Chuck Conner, the Acting Secretary of Agriculture, is substituted for Mike Johanns, the former Secretary of Agriculture, who resigned from his position as the Secretary of Agriculture on September 20, 2007.

        Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 2nd day of October, 2007, the foregoing *Notice Regarding Motion for Enlargement of Time* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>David A. Branch
>Law Offices of David A. Branch, P.C.
>1825 Connecticut Avenue, N.W.,
>Suite 690
>Washington, D.C.  20009

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)