UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY,  )<br> )<br>         Plaintiff,   )<br> )<br>v.   )<br> )<br>CHUCK CONNER[1],   )<br>Acting Secretary,   )<br>United States Department of Agriculture,   )<br> )<br>         Defendant.   )<br>_____ ) | Civil Action No.  06-2208 (RJL) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), Chuck Conner, Acting Secretary, United States Department of Agriculture, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's First Amended Complaint. Defendant respectfully requests that the deadline for responding to Plaintiff's First Amended Complaint be extended by five days, from November 8, 2007 to November 13, 2007. This is Defendant's second request for an enlargement of time on his deadline for responding to Plaintiff's Amended Complaint in this case, and no scheduling order has been entered in this action. Pursuant to Local Rule 7(m), on November 8, 2007, the undersigned counsel for the Defendant contacted Plaintiff's counsel, by e-mail and phone, to discuss the above motion, and Plaintiff's counsel consented to this motion. In support of this motion, Defendant avers the following:

   1. On July 13, 2007, Defendant filed a Motion to Dismiss, or in the Alternative, for

---

[1] By operation of Fed. R. Civ. P. 25(d), Chuck Conner, the Acting Secretary of Agriculture, is substituted for Mike Johanns, the former Secretary of Agriculture, who resigned from his position as the Secretary of Agriculture on September 20, 2007.

Summary Judgment.  See Docket Entry No. 12.

    2.  Between July 13, 2007 and September 18, 2007, Plaintiff requested multiple extensions of time on his deadline for filing an Opposition to Defendant's dispositive motion.  See Docket Entry Nos. 13, 14, 15, 16, 18.  Defendant consented to most of these motions for enlargement, and opposed none of them.

    3.  On September 19, 2007, Plaintiff filed an Opposition to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment.  See Docket Entry No. 19.  Plaintiff subsequently filed an amended Complaint, his first in this action.  See Docket Entry No. 20.

    4.  As a result of Plaintiff's filing of an Amended Complaint, the Motion to Dismiss, or in the Alternative, for Summary Judgment which Defendant filed on July 13, 2007, and the Opposition thereto which Plaintiff filed were superceded.  Plaintiff's Amended Complaint became the operative pleading in this action.  Defendant's Answer or other response to Plaintiff's First Amended Complaint was originally due by October 9, 2007.  See Fed. R. Civ. Pro. 6(a), (e), 15(a)(3).

    5.  On October 1, 2007, Defendant filed a Motion for Enlargement of Time, his first request for an enlargement of time on his deadline for responding to Plaintiff's Amended Complaint in this case.  See Docket Entry No. 21.  In that Motion, Defendant respectfully requested that his deadline for responding to Plaintiff's First Amended Complaint be extended by thirty days, from October 9, 2007 to November 8, 2007.  Id.  On October 4, 2007, the Court issued a Minute Order in which it granted Defendant's Motion for Enlargement, and instructed Defendant to file his Answer or Other Response to the Amended Complaint by November 8, 2007.  See Minute Order dated October 4, 2007.

6. The undersigned counsel intends to file a dispositive motion in response to Plaintiff's Amended Complaint. Despite his best efforts, he will not be able to complete an adequate response to Plaintiff's Amended Complaint by November 8, 2007.

7. The undersigned counsel for the Defendant and the agency counsel assigned to this matter have been hard at work on the brief which they intend to file in response to Plaintiff's Amended Complaint. However, they will need some additional time to finalize this pleading and some of the accompanying attachments.

8. Defendant regrets that this Motion is being filed on the day that Defendant's response to Plaintiff's Amended Complaint is due. The undersigned counsel had originally anticipated that he would be able to complete this filing, and all of the necessary internal review, by November, 8, 2007, and it only became apparent this afternoon that a little more time would be required.

9. Since October 4, 2007, when this Court granted Defendant's First Motion for Enlargement of Time on his deadline for responding to Plaintiff's Amended Complaint, the undersigned counsel has contended with numerous filing deadlines in his other cases. In addition, during this period, the undersigned counsel has participated in depositions and contended with numerous discovery related deadlines in connection with two of his other cases: <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.) and <u>Delgado v. Gonzales</u>, Civil Action No. 07-0256 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Amended Complaint be extended to November 13, 2007.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of November, 2007, the foregoing *Consent Motion for Enlargement of Time* was served upon Plaintiff's counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>David A. Branch
>Law Offices of David A. Branch, P.C.
>1825 Connecticut Avenue, N.W.,
>Suite 690
>Washington, D.C. 20009

>__/s/_____
>JONATHAN C. BRUMER, D. C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2208 (RJL) |
| ) | |
| CHUCK CONNER, ) | |
| Acting Secretary, ) | |
| United States Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time to respond to the Amended Complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until November 13, 2007, to respond to Plaintiff's First Amended Complaint.

_____
RICHARD J. LEON
United States District Court Judge


cc:   By ECF