**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **DR. KRISHNA MURTHY** | ) | |
| **7715 Lear Road** | ) | |
| **McLean, VA  22102** | ) | |
| | ) | **Case No. 06cv2208** |
| **Plaintiff,** | ) | **(RJL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIKE JOHANNS, SECRETARY** | ) | |
| **U.S. DEPARTMENT OF** | ) | **Jury Trial Demand** |
| **AGRICULTURE** | ) | |
| **1400 Independence Avenue, SW** | ) | |
| **Washington, D.C. 20250** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE**
**OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY**
**JUDGMENT**

Comes now Plaintiff Krishna Murthy, by and through counsel, and files

Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to

Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's

opposition is due on November 29, 2007.  Plaintiff requests an extension through

December 13, 2007 to file the opposition.  Plaintiff and his counsel are still working on

the response to the motion.   Due to the holidays, and other court matters including oral

argument before the U.S. Court of Appeals, a trial in Montgomery County, Maryland,

hearings before the MSPB and motions in the Superior Court and several days of

depositions, Counsel has been unable to complete the opposition brief.  Counsel will need

until an extension until December 13, 2007 to finalize and file the opposition.   Plaintiff

believes he has a meritorious defense to the motion and this motion is not being filed to

cause any unnecessary delay.

Wherefore Plaintiff requests an extension through December 13, 2007 to file the

opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel

to this motion, but Defendant's counsel had not responded at the time this motion was

filed.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 29th day of November 2007 that a copy of the foregoing

Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via

electronic mail to counsel for the Defendant at the address listed below:

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                        /s/
                                   _____

David A. Branch

2