**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **DR. KRISHNA MURTHY**  )<br>**7715 Lear Road**  )<br>**McLean, VA  22102**  )<br>                                                      )<br>                        **Plaintiff,**        )<br>                                                      )<br>        **v.**                                      )<br>                                                      )<br>**MIKE JOHANNS, SECRETARY**  )<br>**U.S. DEPARTMENT OF**             )<br>**AGRICULTURE**                          )<br>**1400 Independence Avenue, SW**  )<br>**Washington, D.C. 20250**          )<br>                                                      )<br>                        **Defendant.**      )<br>_____ ) | **Case No. 06cv2208**<br>**(RJL)**<br><br><br>**Jury Trial Demand** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY
JUDGMENT**

  Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

  Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on November 29, 2007.  Plaintiff previously requested an extension through December 13, 2007 to file the opposition.  Plaintiff and his counsel are still working on the response to the motion.  Counsel was will with the flu the week of December 3, 2007, and has had to take emergency medical leave for to seek treatment for his daughters who became ill the week of December 10, 2007.  In addition, counsel has four dispositive motions due the week of December 10, 2007.  Counsel will need until an

extension until December 21, 2007 to finalize and file the opposition. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through December 21, 2007 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, but Defendant's counsel had not responded at the time this motion was filed.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 13th day of December 2007 that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                   /s/
                                    _____

                                    David A. Branch

2