# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| **DR. KRISHNA MURTHY**<br>7715 Lear Road<br>McLean, VA  22102<br><br>            **Plaintiff,**<br><br>    v.<br><br>**MIKE JOHANNS, SECRETARY**<br>**U.S. DEPARTMENT OF**<br>**AGRICULTURE**<br>**1400 Independence Avenue, SW**<br>**Washington, D.C. 20250**<br><br>            **Defendant.** | )<br>)<br>)<br>)   **Case No. 06cv2208**<br>)   **(RJL)**<br>)<br>)<br>)<br>)<br>)   Jury Trial Demand<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss or for summary judgment.  Plaintiff previously requested an extension through January 4, 2008 to file the opposition. Plaintiff and his counsel are still working on the response to the motion.  Counsel needs an extension through January 11, 2008 to file the opposition.  Counsel has been ill over the past two weeks with a virus and had to seek medical attention on January 2, 2007.  In addition, counsel returned from the holidays, and discovered that his computer network which contains a draft of the opposition and other exhibits which must be filed with the

opposition, had crashed and needs to be replaced, which will take at least two days. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through January 11, 2008 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, but Defendant's counsel had not responded at the time this motion was filed.

> Respectfully submitted,
>
> /s/
> David A. Branch #438764
> Law Offices of David A. Branch, PC
> 1825 Connecticut Avenue, N.W.
> Suite 690
> Washington, D.C. 20009
> (202) 785-2805 phone
> (202) 785-0289 fax

## Certificate of Service

I hereby certify this 4th day of January 2008 that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Jonathan Brumer
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                    /s/
                                        _____

                                        David A. Branch