IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. KRISHNA MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-2208 (RJL) |
| ) | |
| CHUCK CONNER, ) | |
| Acting Secretary, ) | |
| United States Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Special Assistant United States Attorney Jonathan C. Brumer as counsel of record for Defendant in the above-captioned action.

Dated: January 11, 2008               Respectfully submitted,

                                                           /s/
                                      CHRISTOPHER B. HARWOOD
                                      Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Washington, D.C.  20530
                                      Phone: (202) 307-0372
                                      Fax: (202) 514-8780
                                      Christopher.Harwood@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2008, I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff via the Court's Electronic Case Filing system.


　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　CHRISTOPHER B. HARWOOD