## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| DR. KRISHNA MURTHY ) <br> 7715 Lear Road ) <br> McLean, VA  22102 ) <br> ) <br>           Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MIKE JOHANNS, SECRETARY ) <br> U.S. DEPARTMENT OF ) <br> AGRICULTURE ) <br> 1400 Independence Avenue, SW ) <br> Washington, D.C. 20250 ) <br> ) <br>           Defendant. ) <br>                              ) | Case No. 06cv2208 <br> (RJL) <br><br> Jury Trial Demand |

## **PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

   Comes now Plaintiff Krishna Murthy, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or  Motion for Summary Judgment, and in support thereof states as follows.

      Defendant has filed a motion to dismiss or for summary judgment and Plaintiff's opposition is due on January 11, 2007.  Counsel is attempting to complete this opposition as well as an opposition in the matter of <u>Asghar v. Johanns</u>, which is also pending before the court.  It has been necessary to file multiple extensions because counsel contracted a serious viral infection in December  2007 which required medical attention, and counsel's computer network crashed over the holidays, and it was necessary to replace

the system. Counsel is scheduled to file the opposition in the <u>Ashgar</u> matter on January 14, 2008, and has a full day of arbitration on January 15, 2008. Counsel will need until an extension until January 16, 2008 to finalize and file the opposition in this matter. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through January 16, 2008 to file the opposition to the motion for summary judgment. Plaintiff sought the consent of Defendant's counsel to this motion, and Defendant counsel consents to the request.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 11th day of January 2008 that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Christopher Harwood
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                    /s/
                                        _____

                                        David A. Branch

2