UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 06-2208 (RJL) |
| ) | |
| CHUCK CONNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO EXTEND**

Defendant, by and through its undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1), to extend its deadline to file its reply brief in support of its motion to dismiss or, in the alternative, for summary judgment to February 15, 2008. Plaintiff filed his opposition brief on January 16, 2008. There is no scheduling order setting the due date for Defendant's reply brief. Counsel for Plaintiff has consented to this motion.

There is good cause to grant this motion. The Special Assistant United States Attorney who had been assigned primary responsibility for this case left the Civil Division last Friday. That same day, this case was transferred to the undersigned Assistant United States Attorney (the "undersigned AUSA"). Prior to last Friday, the undersigned AUSA did not know that he would be assuming responsibility for this action. Moreover, prior to last Friday, the undersigned AUSA had had no involvement with respect to this action. Thus, the undersigned AUSA will need a reasonable amount of time to review the case file, review the memoranda of law (and exhibits) the parties submitted in support of their motions and correspond with agency counsel. Notably, Defendant is requesting less than half the time that Plaintiff received to draft his

opposition brief to draft its reply brief. Between November 14, 2007 (the date Defendant filed its dispositive motion) and January 16, 2008 (the date Plaintiff filed his opposition brief), Plaintiff requested and received numerous extensions to file his opposition brief.

For the foregoing reasons, Defendant respectfully requests that its deadline to file its reply brief in support of its motion to dismiss or, in the alternative, for summary judgment be extended to February 15, 2008. A proposed order consistent with this motion is attached hereto.

Dated: January 17, 2008            Respectfully submitted,

    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY,                    )<br>                                                          )<br>            Plaintiff,                            )<br>     v.                                              )<br>                                                          )     Civil Action No. 06-2208 (RJL)<br>                                                          )<br>CHUCK CONNER,                            )<br>                                                          )<br>            Defendant.                        )<br>_____)  | |

## **ORDER**

Upon consideration of Defendant's Motion to Extend, and based on the entire record herein and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion to Extend be and hereby is granted; and it is

FURTHER ORDERED that Defendant shall file its reply brief in support of its motion to dismiss or, in the alternative, for summary judgment by February 15, 2008.

SO ORDERED.

                                                                                 _____
                                                                                 United States District Judge

Copy to:  ECF Counsel.