UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHUCK CONNER, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2208 (RJL) |

**CONSENT MOTION TO EXTEND**

Defendant, by and through his undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1), to extend his deadline to file his reply brief in support of his motion to dismiss or, in the alternative, for summary judgment by ten days, to February 25, 2008. Defendant's reply brief is currently due February 15, 2008. Counsel for Plaintiff has consented to this motion.

There is good cause to grant this motion. This case was transferred to the undersigned Assistant United States Attorney (the "undersigned AUSA") a few days before Plaintiff filed his opposition brief. Prior to that time, the undersigned AUSA had had no involvement with respect to this action. Since that time, the undersigned AUSA has been working diligently to get up to speed with respect to this case. However, he has also been extremely busy with motion practice and discovery matters in his other cases. Indeed, since Plaintiff filed his opposition brief, the undersigned AUSA has not taken a day off (including weekends). Defendant does not anticipate making any additional extension requests with respect to this reply brief. This is Defendant's second extension request. Notably, between November 14, 2007 (the date Defendant filed his dispositive motion) and January 16, 2008 (the date Plaintiff filed his opposition brief), Plaintiff

requested and received numerous extensions to file his opposition brief.

For the foregoing reasons, Defendant respectfully requests that his deadline to file his reply brief in support of his motion to dismiss or, in the alternative, for summary judgment be extended by ten days, to February 25, 2008. A proposed order consistent with this motion is attached hereto.


Dated: February 12, 2008              Respectfully submitted,


                                    /s/
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney


                                    /s/
                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                    Assistant United States Attorney.


                                    /s/
                                    CHRISTOPHER B. HARWOOD
                                    Assistant United States Attorney
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. KRISHNA MURTHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 06-2208 (RJL) |
| ) | |
| CHUCK CONNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Extend, and based on the entire record herein and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion to Extend be and hereby is granted; and it is

FURTHER ORDERED that Defendant shall file his reply brief in support of his motion to dismiss or, in the alternative, for summary judgment by February 25, 2008.

SO ORDERED.

_____
United States District Judge

Copy to: ECF Counsel